UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:
JDR CONSULTING LLC,

                Debtor.
-------------------------------------------------------------x
JDR CONSULTING LLC,

                Plaintiff,

-against-

THE RELATED COMPANIES, L.P.,

                Defendant.
-------------------------------------------------------------x

Chapter 11
Case No. 18-13206 (JLG)

Adv. Proc. No. 19-01135 (JLG)

## STIPULATION DISMISSING ADVERSARY PROCEEDING

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that, pursuant to Fed. R. Bankr. P. 7041, the above-captioned adversary proceeding is dismissed, with prejudice, each party to bear its own costs, fees and expenses.

Dated: October 18, 2019

**PICK & ZABICKI LLP**
Counsel to the Debtor-Plaintiff

By: _____
Eric C. Zabicki, Esq.
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

Dated: October 23, 2019

**SHER TREMONTE, LLP**
Counsel to Defendant

By: _____
Yonatan Y. Jacobs, Esq.
90 Broad Street
New York, New York 10004
(212) 202-2600